## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

YOLANDA E. NEWSON,                     :
    Plaintiff,                           :
                                          :

v.                                     :          **CIVIL ACTION NO. 25-CV-7165**
                                          :

EXPERIAN CREDIT BUREAU,                 :
    Defendant.                           :

## ORDER

AND NOW, this 3rd day of March, 2026, upon consideration of Plaintiff Yolanda E.

Newson's Amended Complaint (ECF No. 13) it is **ORDERED** that:

    1.     The Amended Complaint is **DISMISSED** for the reasons stated in the Court's

accompanying Memorandum as follows:

         a.   All due process claims are **DISMISSED WITH PREJUDICE**.

         b.   All FCRA claims are **DISMISSED WITHOUT PREJUDICE** for lack of

            standing, without further leave to amend.

    2.     The Clerk of Court is **DIRECTED** to **CLOSE** this case.

                 **BY THE COURT:**

_____

**HON. MIA R. PEREZ**